UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES D. BOYD,

    Plaintiff,

v.

DIANE BROWNELL and ANTHONY C. BENAK,

    Defendants.

                                          /

File No.  1:13-CV-604
Adv. Proc. No. 12-80372
HON. ROBERT HOLMES BELL

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed United States Bankruptcy Judge Jeffrey R. Hughes's May 10, 2013, report and recommendation ("R&R") recommending that Trustee James D. Boyd's motion for entry of default judgment against Defendants Diane Brownell and Anthony Benak be granted.  (Dkt. No. 1, Attach. 1, R&R.)  Defendants are not represented by counsel.  The R&R was mailed to Defendants at their last known addresses on May 16, 2013.  (Adv. Proc. No. 12-80372, Dkt. No. 15.)  Defendants have not filed any objections to the R&R, and the time for doing so has expired.  *See* Bankr. R. 9033(b).  The Court has reviewed the R&R, and agrees with its recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the May 10, 2013, R&R of the Bankruptcy Judge (Dkt. No. 1, Attach. 1) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Trustee's motion for entry of default judgment (Adv. Proc. No. 12-80372, Dkt. No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that Trustee James Boyd is **AUTHORIZED TO SELL** the undivided interests of Defendants Diane Brownell and Anthony Benak in the real property located at East M-72, Williamsburg, Michigan, pursuant to 11 U.S.C. § 363(h).


Dated: July 12, 2013                    /s/ Robert Holmes Bell
                                        ROBERT HOLMES BELL
                                        UNITED STATES DISTRICT JUDGE